

| STEVEN BANKS | THE CITY OF NEW YORK | Marina Moraru |
|---|---|---|
| *Corporation Counsel* | **LAW DEPARTMENT** | *Special Assistant Corporation Counsel* |
| | 100 CHURCH STREET | Office: (212) 356-2456 |
| | NEW YORK, NY 10007 | |

March 3, 2026

*March 12, 2026 Conference adjourned to April 27, 2026 at 4:30 P.M. So ordered.*

**VIA ECF**
Hon. John G. Koeltl
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:    *C.R. et al., v. N.Y.C. Public Schools*, 25-9679 (JGK)(VF)

*3/4/26   John G. Koeltl / U.S.D.J.*

Dear Judge Koeltl:

I am a Special Assistant Corporation Counsel in the office of Corporation Counsel, Steven Banks, attorney for Defendant in the above-referenced action, wherein Plaintiffs seek solely attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq.* ("IDEA"), as well as for this action.

I write to respectfully request an adjournment of the Initial Conference currently scheduled for March 12, 2026 to April 27, 2026 or a later date convenient to the Court. Plaintiffs consent to this request. The City's review process is nearly complete and Defendant expects to be able to make an offer of settlement within three weeks. The requested adjournment should allow the parties the necessary time to engage in settlement discussions and hopefully resolve this matter without the need for a conference or motion practice. We have resolved recent similar IDEA fees cases brought by plaintiffs represented by the Plaintiffs' counsel without the need to burden the court with any sort of motion practice or conferences. The parties are hopeful this matter will be resolved as well.

Accordingly, Defendant respectfully requests an adjournment of the conference until April 27, 2026 or a later date convenient to the Court.

Thank you for considering this request.

Respectfully submitted,

*/s/ Marina Moraru*

Marina Moraru, Esq.
Special Assistant Corporation Counsel

cc:    Michele Kule-Korgood (via ECF)