

**STEVEN BANKS**
*Corporation Counsel*

**THE CITY OF NEW YORK**
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**Marina Moraru**
*Special Assistant Corporation Counsel*
Office: (212) 356-2456

March 27, 2026

**APPLICATION GRANTED
SO ORDERED**

_John G. Koeltl, U.S.D.J._

3/30/26

**VIA ECF**
Hon. John G. Koeltl
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:    *C.R. et al., v. N.Y.C. Public Schools,* 25-9679 (JGK)(VF)

Dear Judge Koeltl:

I am a Special Assistant Corporation Counsel in the office of Corporation Counsel, Steven Banks, attorney for Defendant in the above-referenced action, wherein Plaintiffs seek solely attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq.* ("IDEA"), as well as for this action.

I write to respectfully request a 3-week extension of Defendant's time to respond to the Complaint, from March 30 to April 20, 2026. This is the second request for an extension, the first extension having been granted on December 30, 2025. (ECF 9) The parties have exchanged settlement offers, and need additional time for settlement discussions. The requested extension should allow the parties the necessary time to engage in further settlement discussions and hopefully resolve this matter without further burdening the Court. Defendant also respectfully requests an adjournment of the joint letter due March 30 until April 20, 2026 as well. Plaintiffs consent to these requests.

Accordingly, Defendant respectfully requests that Defendant's time to respond to the complaint be extended to April 20, 2026, with a joint status letter due that same date.

Thank you for considering these requests.

Respectfully submitted,

*/s/ Marina Moraru*

Marina Moraru, Esq.
Special Assistant Corporation Counsel

cc:    Michele Kule-Korgood (via ECF)