

**STEVEN BANKS**
*Corporation Counsel*

### THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**Marina Moraru**
*Special Assistant Corporation Counsel*
Office: (212) 356-2456

April 15, 2026

**VIA ECF**
Hon. John G. Koeltl
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

*[handwritten: Time to respond to the Complaint extended to May 11, 2026. April 27, 2026 conference is cancelled. So ordered. JGKoeltl/USDJ 4/16/26]*

     *Re:*    *C.R. et al., v. N.Y.C. Public Schools,* 25-9679 (JGK)(VF)

Dear Judge Koeltl:

     I am a Special Assistant Corporation Counsel in the office of Corporation Counsel, Steven Banks, attorney for Defendant in the above-referenced action, wherein Plaintiffs seek solely attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq.* ("IDEA"), as well as for this action.

     I write to respectfully request a 3-week extension of Defendant's time to respond to the Complaint, from April 20 to May 11, 2026. This is the third request for an extension, the first extension having been granted on December 30, 2025 (ECF 9) and the second on March 30, 2026 (ECF 13). The parties have exchanged multiple settlement offers and are in active settlement negotiations. The requested extension should allow the parties the necessary time to engage in further settlement discussions and hopefully resolve this matter without further burdening the Court. Defendant also respectfully requests an adjournment of the joint letter due April 20 until May 11, 2026 as well. Further, Defendant respectfully requests an adjournment of the Initial Conference currently scheduled for April 27, 2026 until May 19, 2026 or a later date convenient to the Court. Plaintiffs consent to these requests.

     Accordingly, Defendant respectfully requests (a) that Defendant's time to respond to the complaint be extended to May 11, 2026, with a joint status letter due that same date, and (b) an adjournment of the Initial Conference to May 19, 2026 or to a later date convenient to the Court.

     Thank you for considering these requests.

                                    Respectfully submitted,

                                    */s/ Marina Moraru*

                                    Marina Moraru, Esq.
                                    Special Assistant Corporation Counsel

cc:     Michele Kule-Korgood (via ECF)